UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**SYLVESTER SCOTT**                                                                                          **PLAINTIFF**

**VS.**                                                                  **CIVIL ACTION NO. 5:08-cv-181-DCB-JMR**

**V & B INTERNATIONAL, INC.;**
**FULGHUM INDUSTRIES, INC.; AND**
**JOHN DOES 1-5**                                                                                         **DEFENDANTS**

## AGREED ORDER TO REMAND

THIS DAY this cause came on to be heard on the motion of Plaintiff, Sylvester Scott, to remand this case to the Circuit Court of Claiborne County, Mississippi. The Court being further advised in the premises and advised that Defendant Fulghum Industries, Inc., has no objection to this motion finds that the Motion to Remand is well-taken and should be sustained.

IT IS THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's Motion to Remand is hereby sustained and this case is hereby remanded to the Circuit Court of Claiborne County, Mississippi.

SO ORDERED AND ADJUDGED, this the 8th day of July, 2008.

_____s/David Bramlette_____
DAVID BRAMLETTE, U.S. DISTRICT COURT JUDGE

APPROVED AND AGREED:

| | |
|---|---|
| /s/Wade Sweat | /s/Randy Wallace |
| J. WADE SWEAT (MSB # 9933) | ROBERT C. BOYD (MSB # 4218) |
| MARISA C. ATKINSON (MSB#101265) | J. RANDAL WALLACE, JR. (MSB# 99889) |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR THE PLAINTIFF |
| FULGHUM INDUSTRIES, INC. | |